**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARC S. KIRSCHNER, as Trustee for the NWHI LITIGATION TRUST, and WILMINGTON SAVINGS FUND SOCIETY, FSB, as successor indenture trustee for the 6.875% Senior Notes due 2019, the 8.25% Senior Notes due 2019, and the 6.125% Senior Notes due 2034 of Nine West Holdings, Inc., <br><br>                 Plaintiffs, <br><br> -against- <br><br> ADVISORS SERIES TRUST (KELLNER MERGER FUND), DEFENDANT NY-1, BETH B. DORFSMAN, BROWN BROTHERS HARRIMAN & CO. CLIENT NO. 2, BROWN BROTHERS HARRIMAN & CO., CLIENT NO. 3,BRYAN R. GILLIGAN, CONSOLIDATED, EDISON COMPANY OF NEW YORK, INC., DYNAMIC, CAPITAL MANAGEMENT, LLC, DYNAMIC, OFFSHORE FUND LTD., FEDEX CORPORATION, DEFENDANT NY-8, GARDNER LEWIS EVENT DRIVEN FUND, L.P., GARDNER LEWIS MERGER ARBITRAGE FUND, LP, GARDNER LEWIS MERGER ARBITRAGE FUND II, L.P., GOTHAM ABSOLUTE RETURN FUND, GTE INVESTMENT MANAGEMENT CORP., HALLADOR BALANCED FUND LLC, HARTFORD MUTUAL FUNDS II INC. (HARTFORD SCHRODERS US SMALL CAP OPPORTUNITIES FUND), HARVEST STREET CAPITAL LLC, INVESTMENT MANAGERS SERIES TRUST (TOWLE DEEP VALUE FUND), DEFENDANT NY-18, DEFENDANT NY-19, LAURIE J. GENTILE, LEGG MASON ROYCE U.S. SMALL CAP OPPORTUNITY FUND, LINDA V. KOTHE, LORI L. GRACE, MERRILL LYNCH INVESTMENT, MFO MANAGEMENT COMPANY (TOWLE FUND), MICHAEL G. DEMKO, DEFENDANT NY-24, MINNESOTA MINING AND MANUFACTURING CO., PILLSBURY, PINNACLE WEST CORP., PRELUDE OPPORTUNITY FUND, LP, ROYCE FUND (ROYCE OPPORTUNITY FUND), STACEY A. HARMON, THE ARBITRAGE FUND, THE HARTFORD LIFE INSURANCE COMPANY, THOMAS M. MURRAY PO N. MURRAY JT TEN, TOWLE CAPITAL PARTNERS LP, TOWLE CAPITAL PARTNERS II LP, TRADITION | Case No. 20-cv-04433 (JSR) <br><br> **CORPORATE DISCLOSURE STATEMENT DEFENDANT OF MFO MANAGEMENT COMPANY (TOWLE FUND)** |

| | |
|---|---|
| SECURITIES AND DERIVATIVES INC., TUDOR TRADING I, LP, VIRTU AMERICAS LLC, WCFS INC., WHITNEY L. SMITH, WISDOM TREE ASSET MANAGEMENT INC., and JOHN W. DEEM, | ) ) ) ) ) |
| Defendants. | ) ) |

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT MFO MANAGEMENT COMPANY (TOWLE FUND)

Pursuant to Federal Rule of Civil Procedure 7.1, defendant MFO Management Company (Towle Fund), by its undersigned counsel, states as follows:

No parent corporation or publicly held corporation owns 10% or more of any MFO Management Company stock.

Respectfully Submitted,

BODMAN PLC

By: /s/ Dennis J. Levasseur
Dennis J. Levasseur (P39778)
6th Floor at Ford Field
1901 St. Antoine Street
Detroit, Michigan 48226
(313) 259-7777
dlevasseur@bodmanlaw.com
Attorney for Defendant MFO Management Company (Towle Fund)

July 1, 2020
Detroit, Michigan

2

Bodman_16820294_1

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2020, the foregoing document was filed with the Clerk of the Court via the Court's e-filing system which will give notice of such filing to all counsel of record.

        BODMAN PLC

By:   /s/ Dennis J. Levasseur
       Dennis J. Levasseur (P39778)
       dlevasseur@bodmanlaw.com
Attorney for Defendant MFO Management Company (Towle Fund)